IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLTON BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reserve ruling (Filing No. 113), and motion to reduce sentence (Filing No. 116). Inasmuch as the Court has ruled on a motion to reduce sentence (Filing No. 110), these motions will be denied as moot. Accordingly,

IT IS ORDERED that said motions are denied as moot.

DATED this 30th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court